United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 23-02765-MJC

Branden Michael Davis                                            Chapter 7

Megan Anne Davis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                        Page 1 of 3

Date Rcvd: Mar 22, 2024              Form ID: 318                          Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Branden Michael Davis, Megan Anne Davis, 455 Cliff St, Honesdale, PA 18431-2113 |
| 5582555 | + | Bradford Co Domestic Relations, Bradford County Court House Basement, 301 Main St, Towanda, PA 18848-1845 |
| 5582562 | + | Chrysler Capital, 1601 Elm Street #800, Dallas, TX 75201-7260 |
| 5582563 | + | Commonwealth Health Moses Taylor Hospita, 700 Quincy Ave, Scranton , PA 18510-1724 |
| 5582568 | + | Envision Physician Services, 5380 Tech Data Dr #101, Clearwater , FL 33760-3122 |
| 5582575 | + | Hematology & Oncology ANP, 1100 Meade St, Dunmore, PA 18512-3169 |
| 5582584 | + | Radiology Affiliates Imaging, P.O. Box 786327, Philadelphia , PA 19178-6327 |
| 5582588 | + | SMH Maternal-Fetal Medicine, 1888 Hillview St, Sarasota , FL 34239-3605 |
| 5582587 | + | Scranton Quincy Clinic Company LLC, P.O. Box 14000, Belfast , ME 04915-4033 |
| 5582591 | + | The Adley at Lakewood Ranch, P.O. Box 936, Caldwell, ID 83606-0936 |
| 5582592 | | US Attorney for the PA Middle District, William J. Nealon Federal Building 235 N, Scranton, PA 18503-1533 |
| 5582595 | + | Wayne Memorial Community Health Centers, 601 Park St, Honesdale, PA 18431-1445 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@szjlaw.com | Mar 22 2024 18:40:00 | CCAP Auto Lease Ltd., C/O Stewart, Zlimen & Jungers Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5582552 | + | EDI: WFNNB.COM | Mar 22 2024 22:42:00 | ADS/Comenity/Victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5582553 | + | EDI: CINGMIDLAND.COM | Mar 22 2024 22:42:00 | AT&T, 208 S. Akard Street, Suite 2954, Dallas, TX 75202-4206 |
| 5582554 | | EDI: TSYS2 | Mar 22 2024 22:42:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5582558 | + | EDI: CAPITALONE.COM | Mar 22 2024 22:42:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5582556 | + | EDI: CAPITALONE.COM | Mar 22 2024 22:42:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5582560 | + | EDI: CAPITALONE.COM | Mar 22 2024 22:42:00 | Capital One/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5582561 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2024 18:40:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5582564 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2024 18:56:12 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5582566 | + | EDI: MAXMSAIDV | Mar 22 2024 22:42:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5582569 | + | EDI: AMINFOFP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 22 2024 22:42:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5582571 | ^ | MEBN | | |
| | | | Mar 22 2024 18:38:18 | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5584403 | + | Email/Text: ANGIES@GENESISCRED.COM | | |
| 5582573 | + | Email/Text: tdillon@gulfcoastcollection.com | Mar 22 2024 18:40:00 | Genesis, PO Box 3630, Everett, WA 98213-8630 |
| | | | Mar 22 2024 18:40:00 | Gulf Coast Collection Bureau, 7560 Commerce Ct, Sarasota , FL 34243-3217 |
| 5582572 | ^ | MEBN | | |
| | | | Mar 22 2024 18:38:20 | Gulf Coast Collection Bureau, PO Box 987, Tallevast, FL 34270-0987 |
| 5582574 | + | Email/PDF: HCABKNotifications@resurgent.com | | |
| | | | Mar 22 2024 18:57:15 | HCA Florida Sarasota Doctors Hospital, 5731 Bee Ridge Road, Sarasota , FL 34233-5056 |
| 5582576 | + | EDI: CITICORP | | |
| | | | Mar 22 2024 22:42:00 | Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5582577 | | EDI: JPMORGANCHASE | | |
| | | | Mar 22 2024 22:42:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5582580 | | Email/Text: EBN@Mohela.com | | |
| | | | Mar 22 2024 18:40:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5582578 | + | EDI: CITICORP | | |
| | | | Mar 22 2024 22:42:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5582579 | + | EDI: PARALONMEDCREDT | | |
| | | | Mar 22 2024 22:42:00 | Medicredit, P.O. Box 505600, St Louis , MO 63150-5600 |
| 5582581 | + | EDI: AMINFOFP.COM | | |
| | | | Mar 22 2024 22:42:00 | Premier BKCRD/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5582583 | + | Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | | Mar 22 2024 18:40:00 | Quest Diagnostics, P.O. Box 740781, Cincinnati , OH 45274-0781 |
| 5582585 | | Email/Text: ngisupport@radiusgs.com | | |
| | | | Mar 22 2024 18:40:00 | Radius Global Solutions LLC, 7831 Glenroy Rd, Minneapolis, MN 55439-3132 |
| 5582589 | + | EDI: SYNC | | |
| | | | Mar 22 2024 22:42:00 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 5582586 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 22 2024 18:40:00 | Santander/Chrysler Cap, PO Box 961212, Fort Worth, TX 76161-0212 |
| 5582590 | + | EDI: WTRRNBANK.COM | | |
| | | | Mar 22 2024 22:42:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 5582567 | | EDI: USBANKARS.COM | | |
| | | | Mar 22 2024 22:42:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5582593 | | Email/Text: edbknotices@ecmc.org | | |
| | | | Mar 22 2024 18:40:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5582594 | | EDI: CAPITALONE.COM | | |
| | | | Mar 22 2024 22:42:00 | Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 5582596 | + | Email/Text: meronem@wmh.org | | |
| | | | Mar 22 2024 18:40:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5582557 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5582559 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5582565 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5582570 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| 5582582 | *+ | Premier BKCRD/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5582598 | *+ | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5582597 | *+ | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5582599 | *+ | Wayne Memorial Hospital, 601 Park Street, Honesdale, PA 18431-1498 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024                  Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Megan Anne Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Carlo Sabatini | on behalf of Debtor 1 Branden Michael Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1 | **Branden Michael Davis** | Social Security number or ITIN  xxx–xx–3231 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Megan Anne Davis** | Social Security number or ITIN  xxx–xx–9590 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:23–bk–02765–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Branden Michael Davis
aka Branden Davis, aka Branden M Davis

Megan Anne Davis
aka Megan A Davis, aka Megan Davis, fka Megan Linde

**By the court:**

3/22/24

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**